**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**
--------------------------------------------------------

NICHOLAS D. SCHRANTZ

       DEBTOR(S)

--------------------------------------------------------

                                **MOTION TO DISMISS**
                                **WITH NOTICE THEREOF**
                                **BK: 19-12121 B**

**TO THE COURT:**

       **ALBERT J. MOGAVERO,** Trustee in the above-named case, moves the

Court as follows:

       To dismiss the debtor's Chapter 13 plan in the above case due to failure to

prosecute.

**TO THE DEBTOR AND COUNSEL:**

       **PLEASE TAKE NOTICE** that the undersigned will bring the above
Motion for hearing before the **HONORABLE** Carl L. Bucki **BANKRUPTCY JUDGE,**
in 3rd Floor Room 311, Gerace Office Building, Mayville, NY 14757. On the **5th**
day of December 2019 at _10:00_ o'clock _A.M._ of that day or as soon thereafter
as counsel can be heard.

Nicholas D. Schrantz
9714 Wilson Road
Fredonia, NY 14063

Scott Humble, Esq.
Seven Jackson Ave., W.E.
Jamestown, NY 14701

                             Wherefore I affix my
                             signature both to this
                             motion and notice thereof,
                             as required in Rule 9011

                             ___/s/ Albert J. Mogavero
                             **ALBERT J. MOGAVERO**
                             CHAPTER 13 TRUSTEE
                             THE DUN BUILDING
                             110 PEARL STREET, 6TH FL.
                             BUFFALO, NY 14202
                             (716) 854-5636

**DATED: October 29, 2019**