United States Bankruptcy Court
Western District of New York

In Re:  Bankruptcy No. 19-12121
Judge Carl L. Bucki

Nicholas Schrantz

MOTION TO
EXTEND DEADLINE TO
FILE SCHEDULES

Debtor(s)/Movant(s)

Chapter 13

**PLEASE TAKE NOTICE,** that Nicholas Schrantz., the debtor(s), in the above-named case, has(ve) filed a motion to extend time for an additional 15 days, on the following grounds:

That, the debtor(s) has had difficulty obtaining the paperwork.

This motion will be considered by the court ex parte and without further notice at the Judge's Chambers.

Dated: October 30, 2019

/s/ Scott F. Humble, Esq.
Scott F. Humble, Esq.
Humble Law Offices
Seven Jackson Avenue, W.E.
Jamestown, New York 14701
Telephone: 716-664-2889

This 31ST day of October 2019 upon consideration of the Motion to Extend Time, it is ORDERED that the debtor(s) will be given ~~an additional 15 (fifteen) days~~ UNTIL to file the appropriate amendment to the originally filed petition. November 15, 2019

SO ORDERED: OCT 31 2019

Honorable Carl L. Bucki

TO: US Trustee
Case Trustee
Nicholas Schrantz



FILED
OCT 31 2019
BANKRUPTCY COURT
BUFFALO, NY